1  OLU K. ORANGE (SBN 213653)
   o.orange@orangelawoffices.com
2  ORANGE LAW OFFICES
   3435 Wilshire Blvd., Suite 2910
3  Los Angeles, CA 90010
   TEL: (213) 736-9900
4  FAX: (213) 417-8800

5  THOMAS C. NEWMAN, *Pro Hac Vice*
   tnewman@mpmlaw.com
6  MURRAY PLUMB & MURRAY
7  75 Pearl Street
   Portland, ME 04101
8  TEL: (207) 773-5651
   FAX: (207) 773-8023
9  Attorneys for Plaintiffs

10 MICHAEL D. MORTENSON (SBN 247758)
   michael.mortenson@klgates.com
11 K&L GATES LLP
   1 Park Plaza
12 Twelfth Floor
   Irvine, CA 92614
13 TEL: (949)253-0900
   FAX: (949) 253-0902
14 Attorney for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JL POWELL LLC and BLUE HIGHWAYS HOLDINGS III, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> JLP RETAIL HOLDING COMPANY, INC. FORMERLY JL POWELL, INC., <br><br> Defendant. | Case No. 2:14-CV-03469-PA-(RZx) <br><br> ORDER RE: <br> STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS <br><br> **Honorable Percy Anderson, United States District Judge** |

- 1 -

ORDER RE: STIPULATION OF DISMISSAL

1     The parties stipulate that this civil action shall be dismissed in its entirety for
2 lack of subject matter jurisdiction, without prejudice and without costs to any
3 party.
4
5 Dated: August 29, 2014     ORANGE LAW OFFICES
6
7     By:   Olu K. Orange
8
    /s/ Thomas C. Newman
9     Thomas C. Newman, *pro hac vice*
10     Attorneys for Plaintiffs
11
12 Dated: August 29, 2014     K&L GATES LLP
13
14     By: /s/ Michael D. Mortenson
    Michael D. Mortenson
15     Attorney for Defendant and
16     Counterclaimant
    JLP Retail Holding Company, Inc. f/k/a
17     JL Powell, Inc.
18
19
20
**IT IS SO ORDERED.**
21
**DATED:** 9/3/2014
22
23
24 **UNITED STATES DISTRICT JUDGE**
25
26
27
28

ORDER RE: STIPULATION OF DISMISSAL